Michael K. Johnson, Esq. (SB#199021)
ROLLSTON, HENDERSON,
CRABB & JOHNSON, LTD.
591 Tahoe Keys Blvd, Ste. D8
South Lake Tahoe, CA 96150
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ABBOTT )<br>   )<br>   Plaintiff, )<br>   )<br>vs. )<br>   )<br>CHRIS OKOYE )<br>   )<br>   Defendant. )<br>_____) | Case No. 2:08-CV-00445-GEB-DAD<br><br>NON OPPOSITION TO PLAINTIFF'S REQUEST TO TAKE JUDICIAL NOTICE |

Defendant CHRIS OKOYE ("OKOYE"), by and through his attorney MICHAEL K. JOHNSON, has no opposition to plaintiff's request to take judicial notice in connection with plaintiff's opposition to motion for summary judgment and the nine documents attached thereto.

DATED: August 5, 2010.

_____
MICHAEL K. JOHNSON, ESQ.
ROLLSTON, HENDERSON,
CRABB & JOHNSON, LTD.
Attorneys for Defendant

1

## PROOF OF SERVICE
*As Authorized by Code of Civil Procedure, §1013*

### UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

**CASE NAME:** *Abbott v. Okoye*

**CASE NO.:** 2:08 CV-00445

Pursuant to *California Code of Civil Procedure*, §1013(a), I hereby certify I am over 18 years of age, a US citizen, not an interested party to this action and that my business address is 591 Tahoe Keys Blvd., Suite D8, South Lake Tahoe, CA 96150.

On August 6, 2010, I served two (2) copies of Non Opposition to Plaintiff's Request to Take Judicial Notice to each party listed below, in the manner so marked.

**NAME/ADDRESS**

E. John Vodonick
P.O. Box 763
Nevada City, CA 95959
(530) 687-6304

**(X) US MAIL**
I placed the Document(s) in a sealed envelope fully prepaid in the US Mail in South Lake Tahoe, California. (*CCP* §1013(a))

**( ) US EXPRESS MAIL**
I placed each Document in a sealed Express Mail envelope fully prepaid in the US mail in South Lake Tahoe, California. (*CCP* §1013(c))

**( ) UPS NEXT DAY AIR**
I placed each Document in a sealed UPS Next Day Air envelope, fully prepaid, with UPS Drop deposit, Tracking number 1ZF73 5E3 22 1000 262. (*CCP* §1013(c))

**( ) FACSIMILE SERVICE**
After obtaining written agreement for facsimile service, I placed each document into a facsimile machine for transmission. The transmission was reported complete and without error. (*CCP* §1013(e))

**( ) PERSONAL SERVICE**
I personally delivered to and left copies of each Document described above with _____ on the date set forth above at _____ .M. (*CCP* §415.10)

**(X) STATE**
I declare under penalty of perjury, under California law the above is true and correct.

**(X) FEDERAL**
I declare I am employed in the office of a bar member of this court at whose direction I made service.

Executed on the date set forth above.

*Ellie Cook*
Ellie Cook

6
Reply to Plaintiff's Opposition re Motion for Summary Judgment